**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**

| | |
|---|---|
| Deloris Cairo, | ) |
|                 Plaintiff, | ) Case No.: **4:15-cv-00837-ERW** |
| v. | ) |
| Medicredit, Inc., | ) |
|                 Defendant. | ) **JURY TRIAL DEMANDED** |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED and agreed to by and between Plaintiff and Defendant, through their respective undersigned counsel, that the above-captioned action, shall be and is hereby dismissed with prejudice without costs, disbursements or attorney fees to any party and that a judgment of dismissal with prejudice may be entered in the above-captioned action accordingly.

Dated:  August 21, 2015.

                Respectfully submitted,

                AEKTRA LEGAL, LLC

                /s/ Steven A. Donner
                Steven A. Donner, #63789MO
                1108 Olive Street, Suite 200
                St. Louis, Missouri 63101
                Phone: (314) 240-5350
                Fax.    (888) 785-4461
                Email: steve.donner@da-lawfirm.com

## **CERTIFICATE OF SERVICE**

       I hereby certify that on this 21st day of August, 2015, I filed the foregoing via ECF filing, with notice of case activity generated and sent electronically to:

**Scott J. Dickenson**
LATHROP AND GAGE, LLP
7701 Forsyth Boulevard
Suite 500
Clayton, MO 63105
Email: sdickenson@lathropgage.com

Attorney for Defendant

                                          By:  /s/ Steven A. Donner
                                             Steven A. Donner